# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL,<br><br>　　　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　Respondents. | Case No.: 2:21-cv-02046-APG-BNW<br><br>**Order Directing Petitioner to File Application to Proceed in Forma Pauperis or to Pay Filing Fee**<br><br>[ECF No. 1] |

　　　　Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of $5.00.

　　　　IT THEREFORE IS ORDERED that petitioner must file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court is directed to send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner must make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

　　　　DATED: December 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE