UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-02046-APG-BNW<br><br>**Order Dismissing Action**<br><br>[ECF No. 3] |

Petitioner Prentice Marshall had submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, but he did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of $5.00.[1]  I ordered Marshall either to file an application to proceed in forma pauperis or to pay the filing fee.[2]  Marshall has done neither within the allotted time, and I will dismiss the action.  The dismissal will be without prejudice, but I make no statement about the timeliness or procedural bars of any subsequently commenced habeas corpus action.

Reasonable jurists would not find my determination to be debatable or wrong, and I will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (ECF No. 3).  The clerk of the court is directed to enter judgment accordingly and to close this action.

///

///

///

---

[1] ECF No. 1.

[2] ECF No. 3.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: February 8, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE