# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL, | Case No.: 2:21-cv-02046-APG-BNW |
| Petitioner, | **Order Appointing Substitute Counsel** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

I previously appointed the Federal Public Defender as counsel for petitioner Calvin Johnson. The Federal Public Defender has notified me that it is unable to undertake this representation due to a conflict of interest. I therefore order the CJA Panel Coordinator to seek substitute counsel to represent Mr. Johnson in this case. I will set a deadline for filing an amended petition or a motion seeking other relief after counsel has appeared. Counsel will represent Mr. Johnson in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

DATED this 25th day of May, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE