# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL,<br><br>                          Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>                          Respondents. | Case No. 2:21-cv-02046-APG-BNW<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 18] |

The respondents have filed an unopposed motion for extension of time, asking for additional time to file a response to the first amended petition (first request). ECF No. 18. I find good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed motion for extension of time **(ECF No. 18) is GRANTED**. The respondents will have up to and including December 30, 2022, to file a response to the first amended petition (ECF No. 17).

Dated: October 31, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE