# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL,<br><br>                    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>                    Respondents. | Case No. 2:21-cv-02046-APG-BNW<br><br>**Order Granting Motion for Leave to File Exhibit under Seal**<br><br>[ECF No. 53] |

Before the Court is the Respondents' motion for leave to file document under seal. ECF No. 53. The Respondents seek leave to file one document under seal: Petitioner's Presentence Investigation Report ("PSI"), dated July 26, 2015. ECF Nos. 53, 54-1. Under Nevada law, the PSI is "confidential and must not be made a part of any public record." NRS § 176.156(5). Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, I find that a compelling need to protect the Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

I THEREFORE ORDER that the motion to seal **(ECF No. 53) is granted**. Exhibit 280 (ECF No. 54-1) is considered properly filed under seal.

Dated: January 3, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE