# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL,<br><br>      Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>      Respondents. | Case No. 2:21-cv-02046-APG-BNW<br><br>**ORDER** |

  This counseled habeas matter is before this court on the respondents' motion to dismiss. ECF No. 55.  In the scheduling order, this court ordered that "[t]he response and reply time to any motion filed by either party, including a motion filed in lieu of a pleading, shall be governed . . . by Local Rule LR 7-2(b)." ECF No. 15 at 2.  Local Rule 7-2(b) provides that "the deadline to file and serve any points and authorities in response to [a motion other than a motion for summary judgment] is 14 days after service of the motion."  The respondents' motion to dismiss was electronically served on December 30, 2022. ECF No. 55 at 8.  As such, the petitioner's 14-day deadline to respond to the motion to dismiss expired on January 13, 2023.  To date, the petitioner has not filed a response nor requested an extension of time.

  I THEREFORE ORDER that the petitioner has 10 days from the date of this order to file a response to the motion to dismiss.  Failure to file a response within 10 days may result in the dismissal of this action.

Dated: January 20, 2023

                                     _____
                                     ANDREW P. GORDON
                                     UNITED STATES DISTRICT JUDGE