UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-02046-APG-BNW<br><br>**Order Dismissing Ground 3(b)**<br><br>[ECF No. 62] |

　　This counseled habeas matter is before the court on Petitioner Prentice Marshall's declaration abandoning ground 3(b). ECF No. 62.  On February 8, 2023, I determined that ground 3(b) was unexhausted and instructed Marshall to inform the court how he wished to proceed on that unexhausted ground. ECF No. 60.  Marshall has timely complied.

　　I THEREFORE ORDER that **ground 3(b) is dismissed**.

　　I FURTHER ORDER that the respondents have up to and including April 12, 2023, in which to file an answer to the remaining grounds for relief.  Marshall then has 30 days from the date of service of the respondents' answer to file a reply.

　　Dated: March 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE