# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL,<br><br>                    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>                    Respondents. | Case No. 2:21-cv-02046-APG-BNW<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 64] |

    The respondents have filed an unopposed motion for extension of time, asking for additional time to file their answer to the first amended petition (first request). ECF No. 64. I find good cause exists to grant the motion.

    I THEREFORE ORDER that the respondents' unopposed motion for extension of time **(ECF No. 64) is GRANTED**. The respondents will have up to and including June 12, 2023, to file their answer to the first amended petition (ECF No. 17).

Dated: April 11, 2023

                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE