# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRENTICE MARSHALL, | Case No. 2:21-cv-02046-APG-BNW |
| Petitioner, | **Order Granting Motion for Extension of Time** |
| v. | [ECF No. 66] |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

The respondents have filed an unopposed motion for extension of time, asking for additional time to file their answer to the first amended petition. ECF No. 66.  This is the respondents' second request for an extension of this deadline.  I find good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed motion for extension of time **(ECF No. 66) is GRANTED**.  The respondents will have up to and including July 27, 2023, to file their answer to the first amended petition (ECF No. 17).

Dated: June 12, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE